UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL RODRIGUEZ-CHAVIRA, a/k/a Jesus Prieto, a/k/a Jesus Francisco Prieto,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, June 18, 2010,** and responses to these motions shall be filed by **Wednesday, June 30, 2010.** It is

FURTHER ORDERED that counsel may request a hearing and final trial preparation conference, if necessary, at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 26, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: May 27, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge