UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL RODRIGUEZ-CHAVIRA, a/k/a Jesus Prieto, a/k/a Jesus Francisco Prieto,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on July 7, 2010.  A Change of Plea hearing is set for **Monday, September 27, 2010 at 11:00 a.m.**  No plea documents have been filed to date.

    On September 22, 2010, newly retained defense counsel entered his appearance.  Then, on September 23, 2010, a Motion to Withdraw as Counsel for Angel Rodriguez-Chavira (ECF No. 16) was filed.  Accordingly, a hearing on the motion to withdraw and status conference is also set for **Monday, September 27, 2010 at 11:00 a.m.**  The AUSA, retained defense counsel and the Federal Public Defender are ordered to appear.

    It is further ordered that the AUSA, retained defense counsel and the Federal Public Defender shall jointly contact my chambers via telephone at 303-335-2170 on **Friday, September 24, 2010** to inform me whether the change of plea hearing set for Monday, September 27, 2010 will go forward.  If so, plea documents shall be filed not later than the close of business on **Friday, September 24, 2010.**

    Dated:  September 23, 2010