UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00258-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANGEL RODRIGUEZ-CHAVIRA, a/k/a Jesus Prieto, a/k/a Jesus Francisco Prieto,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On October 17, 2010, Defendant filed an Unopposed Motion for Extension of Time (ECF No. 23).  After a review of the pending motion, I find that it contains an insufficient basis for the relief requested.  Accordingly, Defendant is ordered to file a supplement to the motion, not later than **Monday, October 25, 2010,** that includes a sufficient basis for an extension of time pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the Federal Speedy Trial Act and the relevant controlling case law.

      Dated:  October 18, 2010