UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANGEL RODRIGUEZ-CHAVIRA, a/k/a Jesus Prieto, a/k/a Jesus Francisco Prieto,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the status conference set for **Thursday, March 17, 2011 at 2:00 p.m. is VACATED and RESET to Friday, March 18, 2011 at 9:30 a.m.**

    Dated:  March 16, 2011