UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANGEL RODRIGUEZ-CHAVIRA, a/k/a Jesus Prieto, a/k/a Jesus Francisco Prieto,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea hearing is set for **Tuesday, May 9, 2011 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:   April 25, 2011.