UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL RODRIGUEZ-CHAVIRA, a/k/a Jesus Prieto, a/k/a Jesus Francisco Prieto,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the sentencing hearing set for August 19, 2011 is **VACATED and RESET to Monday, August 29, 2011 at 9:00 a.m.**

    Dated:  June 13, 2011